IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–34–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RYAN DAVID KNIGHT, | |
| Defendant. | |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on June 27, 2018. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommended this Court accept Ryan David Knight's guilty

1

plea after Knight appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) as charged in the Indictment.

I find no clear error in Judge Cavan's Findings and Recommendation (Doc. 28), and I adopt them in full.

Accordingly, IT IS ORDERED that Ryan David Knight's motion to change plea (Doc. 21) is GRANTED and Ryan David Knight is adjudged guilty as charged in the Indictment.

DATED this 12th day of July, 2018.

Dana L. Christensen, Chief District Judge
United States District Court