IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–34–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RYAN DAVID KNIGHT, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Timothy J. Cavan's Findings & Recommendations Regarding Revocation of Supervised Release. (Doc. 75.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan found, based on Defendant Ryan David Knight's admissions at the hearing, that he violated the following conditions of supervised release: (1) the

1

condition that he refrain from any unlawful use of a controlled substance, as alleged in Violation Nos. 1 and 2; (2) the condition that he not communicate or interact with a convicted felon, as alleged in Violation No. 3; (3) the condition that he not commit another federal, state, or local crime, as alleged in Violation Nos. 4 and 5; (4) the condition that he not possess marijuana, as alleged in Violation No. 6. (Docs. 67, 75.)

Judge Cavan recommends that this Court revoke Knight's supervised release and sentence him to a custodial sentence of time served with no supervised release to follow. (*Id.*) The Court finds no clear error in Judge Cavan's Findings and Recommendations and adopts them in full.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendations (Doc. 75) is ADOPTED in full.

Defendant shall be sentenced in conformity with Judge Cavan's recommendation in the judgment filed concurrently with this Order.

DATED this 3rd day of December, 2025.

Dana L. Christensen, District Judge
United States District Court